IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERNON SHAW, III,** | CIV-S-06-0466 LKK PAN P |
| Petitioner, | ~~PROPOSED~~ ORDER |
| v. | |
| **R. J. KIRKLAND, Warden,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 30 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

Dated: May 25, 2006.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

\004
\shaw0466.36

1