IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON SHAW, III,

       Petitioner,                         No. CIV S-06-0466 LKK EFB P

   vs.

R. J. KIRKLAND,

       Respondents.                 <u>ORDER</u>

_____/

     Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. The court previously found that petitioner must file a first amended petition deleting his unexhausted claim. Petitioner has done so.

     Accordingly, it is hereby ordered that:

     1. Respondent shall file and serve an answer to the February 12, 2007, first amended petition within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. The answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Fed. R. Governing § 2254 Cases.

////

////

2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

Dated: May 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE