IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON SHAW, III,

    Petitioner,               No. CIV S-06-0466 LKK CHS P

    vs.

R. J. KIRKLAND,

    Respondent.          ORDER
_____/

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 21, 2009 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

      A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition:

1. Whether the trial court erred in refusing a special accomplice jury instruction;
2. Whether a pretrial identification procedure was unduly suggestive;
3. Whether petitioner's appellate counsel was ineffective; and
4. Whether the trial court erred in sentencing petitioner to consecutive terms.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: October 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.